UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,                  No. C 12-4313 SI (pr)

    Petitioner,                      **JUDGMENT**

    v.

G. D. LOUIS, warden,

    Respondent.
                                /

    This action is dismissed without prejudice because petitioner failed to keep the court informed of his current address.

    IT IS SO ORDERED AND ADJUDGED.

DATED: February __, 2013

                                                       SUSAN ILLSTON
                                                       United States District Judge